## Case No. 3,748.

### DE GRAFF v. The MOFFAT.

[Cited in Moore v. Newbury, Case No. 9,772. Nowhere reported; opinion not now accessible.]